Kenneth Allen., in Proper Person
10055 E Gray Hawk Drive
Tucson, Arizona 85730
Ph # 520-514-9704
In Proper Person,



## IN THE UNITED STATES DISTRICT COURT
### For the District of Arizona

In re:  Kenneth Allen,
            Plaintiff,

V.
Barry Soetoro; Eric Holder,
Hillary Clinton and Janet
Napolitano; et al.
            Defendants

Civil Action Number:
09-CV-373-Tuc-FRZ

### Proof of Service

I Kenneth L Allen declare under the penalty of perjury that I have served the summons and complaint in this case on: The White House did accept the Complaint herein and above for Barry Soetoro; aka Barack Obama' et al. on July 31st 2009 pursuant to rule 4 of the FRCP, I received their response on August 7th, 2009.
By: United States Mail certified receipt return request [restricted to the White House].

Dated this 9th day of August 2009

Kenneth Allen, in proper person
10055 E Gray Hawk Dr
Tucson Arizona 85730

Copies served to defendants:

The White House; cc Barry Soetoro;
aka Barack H Obama
1600 Pennsylvania Ave NW
Washington, DC 20500

Secretary Hillary R Clinton
US Department of State
2201 C Street NW
Washington, DC  20520

1

Attorney General Eric
Holder U.S. Department of
Justice 950 Pennsylvania
Avenue, NW Washington,
DC 20530-0001,

Secretary Janet Napolitano
Department of Homeland Security
and US Citizens and Immigration
Washington, DC 20528

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: The White House
cc Barry Soetoro, AKA
Barack Obama
1600 Pennsylvania Ave
Washington DC
20500

A. Signature
X THE WHITE HOUSE OFFICE ☐ Agent
WASHINGTON, D. C. 20500 ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
JUL 31 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7007 3020 0001 0090 6384

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. Kenneth Allen
10055 E Gray Hawk Dr
Tucson, AZ 85730-6107

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: The White House
cc Barry Soetoro, AKA
Barack Obama
1600 Pennsylvania Ave
Washington DC
20500

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X THE WHITE HOUSE OFFICE ☐ Agent
WASHINGTON, D. C. 20500 ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
JUL 31 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7007 3020 0001 0090 6384

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15