TONY WEST
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRIGHAM J. BOWEN (DC Bar No. 981555)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Tel: (202) 514-6289
Fax: (202) 307-0449
brigham.bowen@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY SOETORO, a.k.a. BARACK H. OBAMA, *et al.*,<br><br>    Defendants. | 09-CV-00373-TUC-FRZ<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rules 83.1(b)(1) and 83.3(a), attorney Brigham J. Bowen of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of defendants in the above-captioned case.

Dated: September 9, 2009        Respectfully submitted,

TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ *Brigham J. Bowen*
BRIGHAM J. BOWEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-6289

Fax: (202) 307-0449
brigham.bowen@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2009, I caused a copy of the foregoing Notice of Appearance to be sent via first-class mail, postage pre-paid, to:

>Kenneth L. Allen
>10055 E. Gray Hawk Dr.
>Tucson, AZ 85730

September 9, 2009                                          /s/ *Brigham J. Bowen*