Kenneth Allen., in Proper Person
10055 E Gray Hawk Drive
Tucson, Arizona 85730
Ph # 520-514-9704
In Proper Person,



# IN THE UNITED STATES DISTRICT COURT
## For the District of Arizona

In re:  Kenneth Allen,
          Plaintiff,

V.
Barry Soetoro; Eric Holder,
Hillary Clinton and Janet
Napolitano; et al.
          Defendants

Civil Action Number:
09-CV-373-Tuc-FRZ

## Proof of Service

I Kenneth L Allen declare under the penalty of perjury that I have served the summons and complaint in this case on: U. S. Attorney's Office/ Civil Division, Attention Civil Process Clerk, 405 W. Congress Street, Suite 4800, Tucson, Arizona 85701-5040 pursuant to Rule 4(i)(1)(A). The US Attorney's office received the Summons and complaint on 09-09-2009.
By: United States Mail certified receipt return request.
Cert # 7009 0080 0001 4821 6376

Dated this 11th day of July 2009

_____
Kenneth L Allen, in proper person
10055 E Gray Hawk Dr
Tucson, Arizona 85730
520-514-9704

1