Kenneth L Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704
kenandbetseyallen@msn.com
in Proper Person

United States District Court

District of Arizona

Kenneth Allen

    Plaintiff,

vs.

Barry Soetoro, aka Barack Obama, et. al;

    Defendant's

Case No.: No. 09-CV-00373-TUC-FRZ

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Now comes Plaintiffs and hereby gives Notice of Motion for Leave to Amend Complaint and move's this court for an order granting leave to amend the Plaintiffs complaint as set forth in the attached Motion for leave to amend pursuant to FRCP Rule 15 (a).

Respectfully submitted,

Dated this Sunday, September 17, 2009

Kenneth Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730

1