Kenneth L Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704
kenandbetseyallen@msn.com
in Proper Person

FILED ___ LODGED
RECEIVED ___ COPY

SEP 21 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## United States District Court

## District of Arizona

Kenneth Allen )  Case No.: No. 09-CV-00373-TUC-FRZ
            )
   Plaintiff, )  **PROOF OF SERVICE**
            )
   vs.      )
            )
**DHS [Department of Homeland Security]** )
**and the US Department of State; et al.** )
            )
   Defendant's )

I Kenneth L Allen declare under the penalty of perjury that I have served the Notice of Motion and Motion for Leave to Amend Complaint to Defendants Counsel Brigham J. Bowen, US Trail Attorney, US Department of Justice, Civil Division, Federal programs Branch, PO Box 883, Washington DC 20044. By: United States Mail certified

Dated this 17th day of September 2009

_____
Kenneth Allen, in proper person
10055 E Gray Hawk Dr
Tucson Arizona 85730          Copies served to defendants:

1