

Kenneth L Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704
kenandbetseyallen@msn.com
in Proper Person

## United States District Court

## District of Arizona

Kenneth Allen                                    ) Case No.: No. 09-CV-00373-TUC-FRZ
                                                 )
                 Plaintiff,                      ) **PROOF OF SERVICE**
                                                 )
         vs.                                     )
**DHS [Department of Homeland Security]**        )
**and the US Department of State; et al.**       )
                                                 )
                 Defendant's                     )

I Kenneth L Allen declare under the penalty of perjury that I have served the Notice of Motion

and Motion for Leave to Amend Complaint and Exhibit A, the proposed Complaint to

Defendants Counsel Brigham J. Bowen, US Trail Attorney, US Department of Justice, Civil

Division, Federal programs Branch, PO Box 883, Washington DC 20044. Proof of Service

attached hereto received September 24th 2009. By: United States Mail certified .

Dated this 27th day of September 2009

Kenneth Allen, in proper person

10055 E Gray Hawk Dr

Tucson Arizona 85730

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brigham J. Bowen
US Dept of Justice
Civil Division/FPB
PoBox 883
Washington DC
20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

SEP 2 4 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 0080 0001 4821 6352

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540