IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Allen,<br><br>    Plaintiff,<br><br>vs.<br><br>Department of Homeland Security, et al.,<br><br>    Defendants. | No. CV 09-373-TUC-FRZ<br><br>**ORDER** |

    Plaintiff's unopposed "motion for leave to file amended complaint" (Doc. #11) is granted. The Clerk of the Court shall officially file Plaintiff's Amended Complaint which is attached to the motion for leave to file the amended complaint. *See* Doc. #11-1 at 2-14.

    DATED this 5th day of October, 2009.

*[signature]*
FRANK R. ZAPATA
United States District Judge