ALLEN V. DHS, ET. AL; 09-CV-00373-TUC-FRZ (D. AZ)

PLAINTIFFS OBJECTION TO DEFENDANTS MOTION TO DISMISS AND MOTION FOR A VAUGHN INDEX.

INDEX OF EXHIBITS:

EXHIBIT B: Selective Service Records dated March 4th 2009........Barack H Obama

Exhibit C.........School Registration from Fransiskus Assisi School... Released on Jan. 24 2007 For Barry Soetoro

Exhibit D...Complaint for Divorce.. filed by Stanley Ann Soetoro against Lolo Soetoro dated August 20 1980

Exhibit E...Letter dated March 1 2009 to Barack H Obama.......never answered

Exhibit F..FOIA Dated February 9th 2009 and answer dated February 19th 2009 from DHS

Exhibit G..Response fron DHS regarding Barack Obama dated Feb. 19th 2009 and attached modified FOIA dated March 1, 2009 for the Soetoro Family.

Exhibit H...Response regarding Barry Soetoro dated March 18th 2009 from DHS
 FOIA Appeal addressed to DHS of DOC dated April 1 2009

Exhibit I ...response from DHS RE: Barry Soetoro dated April 15th 2009

Exhibit J... Response from Department of Commerce.. dated April 9th 2009

Exhibit K... FOIA response from DHS with regards to Lolo Soetoro,et al. dated September 17 2009.

Exhibit L...Answer from the State Department dated June 1st 2009 ..FOIA dated Feb 20 2009

# 69 pages

ALLEN V. DHS, ET. AL; 09-CV-00373-TUC-FRZ (D. AZ)

PLAINTIFFS OBJECTION TO DEFENDANTS MOTION TO DISMISS AND MOTION FOR A VAUGHN INDEX.

FILED ___ LODGED ___ RECEIVED ___ COPY
OCT 13 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# Plaintiffs Exhibit B
# 4 pages with cover




**National Headquarters / Arlington, Virginia 22209-2425**

http://www.sss.gov

March 4, 2009

Mr. Kenneth Allen

Dear Mr. Allen:

    This is in response to your Freedom of Information Act inquiry dated February 9, 2009, and received in this office yesterday, seeking the Selective Service System registration record for Mr. Barrack H. Obama.

    It is enclosed and consists of copies of his registration form and the resultant automated file screen. Mr. Obama did indeed register with Selective Service and was assigned Selective Service Number 61-1125539-1 on September 4, 1980.

    Thank you for your inquiry. If you have any further questions, please feel free to contact the Office of Public and Intergovernmental Affairs at the above address. Our telephone number is (703) 605-4100.

Sincerely,

Richard S. Flahavan
Associate Director of Public &
   Intergovernmental Affairs

Enclosure

**SELECTIVE SERVICE SYSTEM**
**Registration Form**
READ PRIVACY ACT STATEMENT ON REVERSE
PLEASE PRINT CLEARLY

08970s0632

1. DATE OF BIRTH: 6/ /61
2. SEX: ☒ MALE ☐ FEMALE
4. PRINT FULL NAME: OBAMA (Last), BARACK (First), HUSSEIN (Middle)
5. CURRENT MAILING ADDRESS: 1617 S. BERETANIA APT. 1008, HONOLULU, HAWAII 96826
6. PERMANENT RESIDENCE: SAME AS ABOVE
7. CURRENT PHONE NUMBER: 808 949 2317
8. ☐ Check here if we may give your name, address and telephone number to Armed Forces recruiters.
9. I AFFIRM THE FOREGOING STATEMENTS ARE TRUE

Today's Date: JULY 30, 1980
Signature of Registrant: Barack H. Obama

Postal Date Stamp: 80 JUL 29 WAHIAWA HI
☐ ID  ☒ NO ID  ☐ OTHER

```
PF22 OR PF23 TO POST    REGISTRANT FILE INQUIRY REPORT          PAGE 001 OF 001
                                                                DATE:  09/09/08
SSS NO:                 61 1125539 1
LAST NAME:              OBAMA
FIRST NAME:             BARACK HUSSEIN
CURRENT ADDRESS:        ███████████████████████
CITY/STATE/ZIP:         HONOLULU                    HI     96826
PERMANENT ADDRESS:
CITY/STATE/ZIP:
DATE OF BIRTH:                     61        *********************************
SSAN:                   ██████████            *     HISTORY INFORMATION      *
TELEPHONE:              8080000000            *********************************
DLN:                    0897 080 6320         * DOC-LOC-NUMBR  TRANS RSN LTR    DATE   *
REGISTRATION DATE:      09/04/80              * 9910 618 4920   503  L  150  50 06/25/91 *
ACCESSION DATE:         09/04/80              *                                         *
LAST ACTION DATE:       06/25/91              *                                         *
RELATED SSN:            00 0000000 0          *                                         *
                                              *                                         *
ID INDICATOR:           2                     *                                         *
PHONE INDICATOR:        N                     *                                         *
SSAN INDICATOR:         N                     *                                         *
PO INDICATOR:           N                     *                                         *
CLASS:                  1H                    *********************************
VERF LETTER DATES:
```