ALLEN V. DHS, ET. AL; 09-CV-00373-TUC-FRZ (D. AZ)

PLAINTIFFS OBJECTION TO DEFENDANTS MOTION TO DISMISS AND MOTION FOR A VAUGHN INDEX.

# Plaintiffs Exhibit C
# 3 pages with cover

REGISTRATION or GRADEBOOK

NO. 203.

1. The name of the pupil: Barry Soetoro

2. The place and date of birth: Honolulu ___ 1961

3. The nation
   a. of Citizenship: Indonesia
   b. The foreign descendants:
   c. The ethnic group:

4. The religion: Islam

5. Address of the pupil: Menteng Dalam R001/R003

6. From which school (moved from) and what class: ???

7.     a. Date accepted: 1-1-1968 (January 1, 1968)
       b. Grade: I (First grade)

8.     a. The name of the parents Mr./Ms.: L. Soetoro M A (Lolo Soetoro)
       b. Occupation/Job: (???? Geography ????)
       (name of the mother will only be used if father is deceased)
       c. Address: Menteng Dalam R001/R003

9. The name of the guardian:
   (??? was filled up, ??? parents of the pupil were not available, already ???? ???? because another thing )
   b. Occupation/Job:
   c. The address: Menteng Dalam R001/R003

10. Left this school:
    a. ?? was finished. Outside from the class:     The date:
    b. ?? recieved ?? the date:     No.
    c. ?? the school to:

11. Other information:

No. 203

1. Nama murid : _Soetoro Barry_ L/P

2. Tempat dan tanggal lahir : _Honolulu_ _4_
3. Bangsa: a. Warga negara : _Indonesia_
   b. Keturunan asing : _____
   c. Suku bangsa : _____
4. Agama : _Islam_
5. Alamat murid : _Ment. Dalam R005/Rw03_
6. Dari sekolah mana (dipindahkan) dan kelas berapa: _Taman Kanak² Strata Asisi_

7. a. Diterima disekolah ini tgl. : _1-1-1968_
   b. Ditempatkan dikelas : _1_

8. a. Nama orang tua Ajah/Ibu : _L. Soetoro M.A._
   b. Pekerdjaan : _Peg. Dinas Geografi Dit. Top. A.D._
      (nama bu dini, hanja djika ajah sudah meninggal)
   c. Alamat : _Menl. Balay R1005/Rw03_

9. a. Nama wali : _____
   (hanja diisi, djika orang tua murid tak ada, sudah meninggal atau karena hal lain)
   b. Pekerdjaan : _____
   c. Alamat : _____

10. Meninggalkan sekolah ini : _____
    A. Belum tamat. Keluar dari kelas _____ tanggal _____ Sebab _Pindah_
    Kemana _____
    B. Tamat, menerima idjazah tanggal _____ No. _____
    C. Melandjutkan sekolah ke _____

11. Keterangan lain: _____