ALLEN V. DHS, ET. AL; 09-CV-00373-TUC-FRZ (D. AZ)

**PLAINTIFFS OBJECTION TO DEFENDANTS MOTION TO DISMISS AND MOTION FOR A VAUGHN INDEX.**

# Plaintiffs Exhibit J
# 3 pages with cover

# EXHIBIT J

**Response from FOIA regarding Barry Soetoro dated April 9th 2009
RE: NRC 2009014617 from the Dept of Commerce.** + State

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
Washington, D.C. 20230

APR 0 9 2009

Kenneth Allen
10055 E. Gray Hawk Dr.
Tucson, Arizona 85730

Dear Mr. Allen:

This letter is to inform you that your Freedom of Information Act (5 U.S.C. § 552)(FOIA) appeal letter, of FOIA request NRC 2009014617, was misdirected to the Office of the Assistant General Counsel for Administration, U.S. Department of Commerce. Your FOIA request was submitted to the U.S. Citizenship and Immigration Services, National Records Center, which is within the U.S. Department of Homeland Security. Therefore, any issue you may have with your FOIA request must be directed to the appropriate officials within the Department of Homeland Security, not the Department of Commerce.

Sincerely,

Britt Carlson
Attorney Advisor