```
FILED ____  ____ LODGED
____ RECEIVED  ____ COPY

    OCT 13 2009

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

1  Kenneth L Allen
   10055 E Gray Hawk Dr
   Tucson Arizona 85730
2  520-514-9704
   kenandbetseyallen@msn.com
3  in Proper Person

United States District Court

District of Arizona

| | |
|---|---|
| Kenneth Allen | Case No.: No. 09-CV-00373-TUC-FRZ |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| Department of Homeland Security; et al. | |
| Defendant's | |

Comes Now, Plaintiff (Allen) Under the penalty of perjury declare that I have served a true and correct copy of the Objection to Defendants DHS and DOS Answer, to be incorporated into the Objection, Objection to Defendants Motion to Dismiss a portion of Plaintiffs Complaint and Exhibits B thru L having a total of 69 pages of Exhibits to the above entitled Court and case to; Defendants Counsel Brigham J. Bowen US Trail Attorney, US Department of Justice, Civil Division, Federal Programs Branch, PO Box 883, Washington DC 20044 by way of United States Mail .

Respectfully Submitted on Monday October 12th 2009

*/s/ K. A.*

Kenneth Allen, in proper person
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704