1   TONY WEST
    Assistant Attorney General
2   ELIZABETH J. SHAPIRO
    Deputy Branch Director
3   BRIGHAM J. BOWEN (DC Bar No. 981555)
    Trial Attorney
4   United States Department of Justice
    Civil Division, Federal Programs Branch
5   Post Office Box 883
    Washington, D.C.  20044
6   Tel: (202) 514-6289
    Fax: (202) 307-0449
7   brigham.bowen@usdoj.gov

8
                    UNITED STATES DISTRICT COURT
9                      DISTRICT OF ARIZONA

10
    KENNETH ALLEN,
11
              Plaintiff,                          09-CV-00373-TUC-FRZ
12
         v.
13                                              **CONSENT MOTION FOR
    DEPARTMENT OF HOMELAND                      EXTENSION OF TIME TO FILE (1)
14  SECURITY and U.S. DEPARTMENT OF             REPLY IN SUPPORT OF PARTIAL
    STATE, *et al.*,                            MOTION TO DISMISS AND (2)
15                                              OPPOSITION TO PLAINTIFF'S
              Defendants.                       MOTION FOR VAUGHN INDEX**
16                                                  **(First Request)**

17

18
         Pursuant to LRCiv 7.2 and 7.3, Defendants the U.S. Department of Homeland
19
    Security and the U.S. Department of State hereby move for the extension of Defendants' time
20
    to (1) file a reply in support of their motion to dismiss [Dkt. #15] and (2) file an opposition to
21
    Plaintiff's motion for a Vaughn index [Dkt. #20].
22
                            **MEMORANDUM IN SUPPORT**
23
         In this Freedom of Information Act action, Plaintiff Kenneth Allen seeks, *inter alia*,
24
    records concerning one "Barry Soetoro," and perhaps concerning President Barack Obama
25
    (although Plaintiff has disclaimed interest in the latter, *see* Pl.'s Obj. to Def.'s Mot. to
26
    Dismiss at 2-3), from the Department of Homeland Security and the Department of State.  At
27
    issue in the aforementioned filings is the question of whether Plaintiff must comply with
28

1 | regulations requiring FOIA requesters seeking records concerning living third persons to

2 | provide valid privacy waivers from such persons before federal agencies will process their

3 | requests     and what effect a failure to comply with such regulations has on a Plaintiff's

4 | ability to seek relief in district court.  In the interests of efficiency, Defendants propose to

5 | address these matters in a single, consolidated reply and opposition.  Moreover, Defendants'

6 | counsel will be occupied with other matters and will be out of the office for a number of the

7 | days leading up to Defendants' current deadlines (October 22 and October 29, respectively).

8 | Accordingly, Defendants request that the deadline for both filings be extended to November

9 | 5, 2009.  This is the first request for extension regarding these matters, and Plaintiff consents

10 | to this requested relief.

11

12

13 | Dated: October 15, 2009                    Respectfully submitted,

14 |                                            TONY WEST
|                                              Assistant Attorney General

15

16 |                                            ELIZABETH J. SHAPIRO
|                                              Deputy Branch Director

17 |                                             *s/ Brigham J. Bowen*
|                                              BRIGHAM J. BOWEN

18 |                                            Trial Attorney
|                                              United States Department of Justice

19 |                                            Civil Division, Federal Programs Branch
|                                              Tel: (202) 514-6289

20 |                                            Fax: (202) 307-0449
|                                              brigham.bowen@usdoj.gov

21

|                                              Mailing Address:

22 |                                            Post Office Box 883
|                                              Washington, D.C.  20044

23

|                                              Courier Address:

24 |                                            20 Massachusetts Ave., N.W.
|                                              Washington, D.C. 20001

25

|                                              *Attorneys for Defendants*

26

27

28

2

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on October 15, 2009, I caused a copy of the foregoing Motion to

3  be sent via first-class mail, postage pre-paid, to:

4

             Kenneth L. Allen
5            10055 E. Gray Hawk Dr.
             Tucson, AZ 85730

6

7

8  October 15, 2009                              _s/ Brigham J. Bowen_

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28