UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

KENNETH ALLEN,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY and U.S. DEPARTMENT OF STATE, *et al.*,

    Defendants.

09-CV-00373-TUC-FRZ

**ORDER**

For good cause, and upon the consent of the parties, IT IS ORDERED that Defendants' deadlines for filing of (1) a reply in support of their partial motion to dismiss and (2) an opposition to Plaintiff's motion for a Vaughn index are changed to November 5, 2009.