UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

KENNETH ALLEN,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY and U.S. DEPARTMENT OF STATE, *et al.*,

    Defendants.

09-CV-00373-TUC-FRZ

**ORDER**

For good cause, and upon the consent of the parties, Defendants' motion for an extension of time (Doc. #21) is granted; IT IS ORDERED that Defendants' deadlines for filing of (1) a reply in support of their partial motion to dismiss and (2) an opposition to Plaintiff's motion for a Vaughn index are changed to November 5, 2009.

DATED this 16th day of October, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge