Kenneth L Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704
kenandbetseyallen@msn.com
in Proper Person

**United States District Court**

**District of Arizona**

Kenneth Allen

    Plaintiff,

vs.

**DHS [Department of Homeland Security] and the US Department of State; et al.**

    Defendant's

Case No.: No. 09-CV-00373-TUC-FRZ

**NOTICE OF APPEAL**

Comes Now, the Plaintiff (Kenneth Allen) hereby filing this Notice of Appeal to the 9th Circuit Court of Appeals for this Courts Order dated 2-1-10 (DOC #27) granting the Defendants (1) Motion to partial Dismiss Plaintiffs Amended Complaint and (2) denial of Plaintiffs Vaughn Index (doc#20).

Dated this February 2, 2010

Kenneth L Allen

10055 E Gray Hawk Dr

Tucson, AZ 85730

## PROOF OF SERVICE

I Kenneth L Allen declare under the penalty of perjury that I have served the Notice of Appeal to Defendants Counsel Brigham J. Bowen, US Trail Attorney, US Department of Justice, Civil Division, Federal programs Branch, PO Box 883, Washington DC 20044.

Dated Tuesday, February 02, 2010

*/s/ KA*

Kenneth Allen, in proper person

10055 E Gray Hawk Dr

Tucson Arizona 85730