```
                                                    RECEIVED ____ COPY
                                              1   FEB - 9 2010   1
                                              CLERK U S DISTRICT COURT
                                                  DISTRICT OF ARIZONA
                                              BY_____ DEPUTY
```

Kenneth L Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704
kenandbetseyallen@msn.com
in Proper Person

## United States District Court

## District of Arizona

Kenneth Allen         )   Case No.: No. 09-CV-00373-TUC-FRZ
                      )
         Plaintiff,   )   **FEES**
                      )
   vs.                )
                      )
**DHS [Department of Homeland Security]** )
**and the US Department of State; et al.** )
                      )
         Defendant's  )

To the Clerk of the United States District Court, attached is the $455.00 filing fee for the Appeal in this case.

Dated this Sunday, February 07, 2010

_____

Kenneth L Allen

10055 E Gray Hawk Dr

Tucson, AZ 85730

1

```
Court Name: United States District Court
Division: 4
Receipt Number: TUC012028
Cashier ID: gacuna
Transaction Date: 02/09/2010
Payer Name: KENNETH ALLEN

NOTICE OF APPEAL/DOCKETING FEE
 For: KENNETH ALLEN
 Case/Party: D-AZX-4-09-CV-006373-001
 Amount:        $455.00

CHECKS
 Check/Money Order Num: 733
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


A fee of $45 will be assessed on
all returned remittances
```