UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 09 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH L. ALLEN,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BARRY SOETORO, AKA Barack H. Obama, AKA Barry Obama; ERIC H. HOLDER, Jr., Attorney General; HILLARY RODHAM CLINTON; JANET NAPOLITANO; U.S. CITZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　Defendants - Appellees. | No. 10-15290<br><br>D.C. No. 4:09-cv-00373-FRZ<br>U.S. District Court for Arizona, Tucson<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| **Mon., May 24, 2010** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., June 21, 2010** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk