TONY WEST
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRIGHAM J. BOWEN (DC Bar No. 981555)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Tel: (202) 514-6289
Fax: (202) 307-0449
brigham.bowen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH ALLEN,<br><br>            Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF HOMELAND SECURITY and U.S. DEPARTMENT OF STATE, *et al.*,<br><br>            Defendants. | 09-CV-00373-TUC-FRZ<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's February 8, 2010 Order, the parties hereby submit a status report regarding this action.

1. <u>NATURE OF THE CASE</u>

This case is a Freedom of Information Act ("FOIA") action, by which Plaintiff seeks documents alleged to be in the custody of the Department of State and the Citizenship and Immigration Service ("USCIS").  Alleged documents at issue include private passport, travel, and other records relating to President Barack Obama (and/or to "Barry Soetoro"), his mother, Stanley Ann Dunham, and his mother's former husband, Lolo Soetoro.

2. <u>FACTUAL AND LEGAL ISSUES IN DISPUTE</u>

By Order dated January 29, 2010 [Dkt. #27], the Court has dismissed all claims regarding alleged documents concerning President Obama (and/or to "Barry Soetoro").  The

1 remaining claims concern requests for documents concerning Dunham and Lolo Soetoro. As
2 to these documents, the parties anticipate that once the defendant agencies have completed
3 processing of these requests, the claims either will be voluntarily dismissed by Plaintiff or
4 addressed via summary judgment briefing.

5 3.  <u>JURISDICTIONAL BASIS</u>
6 This court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B).

7 4.  <u>PARTIES WHO HAVE NOT BEEN SERVED OR MADE AN APPEARANCE</u>
8 All remaining parties have been served (prior putative parties John Does 1-49 have
9 been dismissed by the Court).

10 5.  <u>PARTIES NOT SUBJECT TO THE COURT'S JURISDICTION</u>
11 None.

12 6.  <u>DISPOSITIVE OR PARTIALLY DISPOSITIVE MOTIONS</u>
13 The parties anticipate filing motions for summary judgment.

14 7.  <u>REFERENCE TO ARBITRATION, TO A MASTER, OR TO A MAGISTRATE AT</u>
15 <u>TRIAL</u>
16 At this time, the parties do not believe that this case is suitable for reference to
17 arbitration, to a master, or a magistrate for trial.

18 8.  <u>RELATED CASES</u>
19 There are no pending related cases.

20 9.  <u>INITIAL DISCLOSURE</u>
21 Because discovery is generally not available in FOIA actions, the parties suggest that
22 initial disclosures are not warranted in this matter.

23 10.  <u>SUGGESTED LIMITATIONS ON DISCOVERY</u>
24 *Defendants*: Discovery should not take place in this matter.
25 *Plaintiff*: Plaintiff reserves a right to seek further discovery. Plaintiff would like to
26 reserve that decision until the defendants have released all the documents they intend to. At
27 this time the Plaintiff is at a disadvantage not having enough information to form an opinion.
28

2

If the documents released provided the information responsive to Plaintiff's FOIA requests there would be no further need for discovery. If at a later date uncertain Plaintiff feels that a deposition would be helpful from Maya Soetoro, the Plaintiff would reserve that right. Chances are that won't happen, but Plaintiff doesn't have enough information to form an opinion as to that matter.

11. <u>PROPOSED DEADLINES</u>

Defendants anticipate that the searches will be complete on or before June 30, 2010. Accordingly, the parties suggest the following proposed deadlines for summary judgment briefing:

| | |
|---|---|
| Defendants' Motion for Summary Judgment: | August 5, 2010 |
| Plaintiff's Opposition: | August 26, 2010 |
| Defendants' Reply | September 9, 2010 |

12. <u>ESTIMATED DATE AND LENGTH OF TRIAL</u>

None.

13. <u>JURY TRIAL REQUEST</u>

None.

14. <u>PROSPECTS FOR SETTLEMENT</u>

As to the Dunham and Lolo Soetoro records, the parties anticipate that settlement may be possible after processing has completed and Plaintiff has reviewed the documents released, if any. The parties do not anticipate settling disputes concerning President Obama (and/or "Barry Soetoro").

15. <u>UNUSUAL OR COMPLEX PROBLEMS</u>

This case does not involve any unusual or complex issues.

16. <u>ADDITIONAL MATTERS</u>

None.

3

I, Brigham Bowen, by signing below, certify pursuant to Paragraph II(C)(3), District of Arizona ECF Administrative Policies and Procedures Manual (April 3, 2006) that the content of this Joint Status Report is acceptable to all registered signatories required to sign it.

| | |
|---|---|
| Dated: March 12, 2009 | Respectfully submitted, |
| | TONY WEST<br>Assistant Attorney General |
| *s/ Kenneth Allen*<br>KENNETH ALLEN<br>*Plaintiff* | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| | *s/ Brigham J. Bowen*<br>BRIGHAM J. BOWEN<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 514-6289<br>Fax: (202) 307-0449<br>brigham.bowen@usdoj.gov |
| | Mailing Address:<br>Post Office Box 883<br>Washington, D.C.  20044 |
| | Courier Address:<br>20 Massachusetts Ave., N.W.<br>Washington, D.C. 20001 |
| | *Attorneys for Defendants* |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010, I caused a copy of the foregoing Joint Status Report to be sent via first-class mail, postage pre-paid, to:

>Kenneth L. Allen
>10055 E. Gray Hawk Dr.
>Tucson, AZ 85730

March 12, 2010                              *s/ Brigham J. Bowen*