IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Allen, | No. CV 09-373-TUC-FRZ |
| Plaintiff, | **ORDER** |
| v. | |
| Department of Homeland Security, et al. | |
| Defendants. | |

The Court has reviewed the parties' joint status report. It appears that the only deadlines applicable and warranted in this case pertain to a briefing schedule for summary judgment. The parties have stipulated to a briefing schedule which the Court will adopt. Defendants' motion for summary judgment shall be filed no later than 8/5/10; Plaintiff's opposition shall be filed no later than 8/26/10, and Defendants's reply shall be filed no later than 9/9/10. Courtesy paper copies of all filings must be mailed to chambers (LRCiv 5.4); **any motion, pleading, or other document which is submitted with more than one exhibit must be accompanied by a Table of Contents and the exhibits must be indexed with tabs which correspond to the Table of Contents**.

DATED this 24th day of March, 2010.

FRANK R. ZAPATA
United States District Judge