Kenneth L Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704
kenandbetseyallen@msn.com
in Proper Person

FILED ____ LODGED
RECEIVED ____ COPY

MAR 23 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# United States District Court

## District of Arizona

| | |
|---|---|
| Kenneth Allen | Case No.: No. 09-CV-00373-TUC-FRZ |
| Plaintiff, | **Objection to Order Dismissing Barry Soetoro filed 02/01/10** |
| vs. | |
| **DHS [Department of Homeland Security] and the US Department of State; et al.** | |
| Defendant's | |

Dated 03/10/2010 the Ninth Circuit Dismissed Allen v Soetoro, 10-15290 for lack of jurisdiction, therefore the Plaintiff will maintain his Objections to the Order dated (doc.27), 02/01/2010 by this court until the rest of the case has been disposed of. Attached a copy of the 9th Circuit Order marked as exhibit M.

Friday, March 20, 2010

Respectfully submitted,

_/s/ Kenneth L Allen_

Kenneth L Allen
10055 E Gray Hawk Dr
Tucson, Arizona 85730

Kenneth L Allen
10055 E Gray Hawk Dr
Tucson Arizona 85730
520-514-9704
kenandbetseyallen@msn.com
in Proper Person

## United States District Court

### District of Arizona

Kenneth Allen ) Case No.: No. 09-CV-00373-TUC-FRZ
)
    Plaintiff, ) **EXHIBIT M**
)
    vs. )
**DHS [Department of Homeland Security]** )
**and the US Department of State; et al.** )
)
    Defendant's )

Attached hereto is the Order from the 9th Circuit dated 03/10/2010.

Friday, March ~~12~~ 20, 2010

Respectfully submitted,

_____
Kenneth L Allen
10055 E Gray Hawk Dr
Tucson, Arizona 85730

1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 10 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH L. ALLEN,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>BARRY SOETORO, AKA Barack H. Obama, AKA Barry Obama; et al.,<br><br>      Defendants - Appellees. | No. 10-15290<br><br>D.C. No. 4:09-cv-00373-FRZ<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before: SCHROEDER, PREGERSON and LEAVY, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se

## PROOF OF SERVICE

I Kenneth L Allen declare under the penalty of perjury that I have served the Motion to compel to Defendants Counsel Brigham J. Bowen, US Trail Attorney, US Department of Justice, Civil Division, Federal programs Branch, PO Box 883, Washington DC 20044.

Dated 3/22/2010

_____

Kenneth Allen, in proper person

10055 E Gray Hawk Dr

Tucson Arizona 85730