UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 04 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH LEE ALLEN,<br><br>                Plaintiff - Appellant,<br><br> v.<br><br>BARRY SOETORO, AKA Barack H. Obama, AKA Barry Obama; et al.,<br><br>                Defendants - Appellees. | No. 10-15290<br><br>D.C. No. 4:09-cv-00373-FRZ<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

The judgment of this Court, entered March 10, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                Molly C. Dwyer
                Clerk of Court

                Gabriela Van Allen
                Deputy Clerk