**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 10 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH L. ALLEN, | No. 10-15290 |
| Plaintiff - Appellant, | D.C. No. 4:09-cv-00373-FRZ<br>District of Arizona, |
| v. | Tucson |
| BARRY SOETORO, AKA Barack H. Obama, AKA Barry Obama; et al., | ORDER |
| Defendants - Appellees. | |

Before: SCHROEDER, PREGERSON and LEAVY, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se