

| | | |
|---|---|---|
| ca9_ecfnoticing@ca9.uscourts.gov | To | azddb_tucappeals@azd.uscourts.gov |
| 05/04/2010 09:55 AM | cc | |
| | bcc | |
| | Subject | 10-15290 Kenneth Allen v. Barry Soetoro, et al "Mandate Issued (Screening/Motions Panel)" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 05/04/2010 at 9:54:28 AM PDT and filed on 05/04/2010

| | |
|---|---|
| **Case Name:** | Kenneth Allen v. Barry Soetoro, et al |
| **Case Number:** | 10-15290 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. (MMS, HP and EL) [7323662] (GV)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:**
/opt/ACECF/live/forms/gabriela_1015290_7323662_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/04/2010] [FileNumber=7323662-0]
[67070f3e74cd0ea393035cb56f807679a3d00b143b7b2712a8c27c372900f1136b101d000c7b322
051bd4a959d8ac7e35a3be511d3d58e136bd6daeee3cc08b0]]
**Recipients:**
- Allen, Kenneth Lee
- Bowen, Brigham John, Attorney
- USDC, Tucson

**Notice will be electronically mailed to:**

Bowen, Brigham John, Attorney

USDC, Tucson

**Case participants listed below will not receive this electronic notice:**

Allen, Kenneth Lee
10055 E Gray Hawk Drive
Tucson, AZ 85730

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 7323662
**RELIEF(S) DOCKETED:**
   to unlock attached documents (CALENDAR AND CASE CLOSING UNITS ONLY)
**DOCKET PART(S) ADDED:** 6966244, 6966245