TONY WEST
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
BRIGHAM J. BOWEN (DC Bar No. 981555)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Tel: (202) 514-6289
Fax: (202) 307-0449
brigham.bowen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY and U.S. DEPARTMENT OF STATE, *et al.*,<br><br>　　　　Defendants. | 09-CV-00373-TUC-FRZ<br><br>**CONSENT MOTION TO ALTER BRIEFING SCHEDULE**<br>**(First Request)** |

Pursuant to LRCiv 7.2 and 7.3, the parties hereby jointly move for an alteration of the briefing schedule set forth by the Court in its March 24, 2010 Order [Dkt. #34].

**MEMORANDUM IN SUPPORT**

In this Freedom of Information Act action, *pro se* Plaintiff Kenneth Allen seeks records from the Department of Homeland Security and the Department of State.  On February 1, 2010, the Court dismissed Plaintiff's claims seeking documents relating to "Barry Soetoro" and/or President Barack Obama [Dkt. #27].  After entry of this order, the only claims remaining concern Plaintiff's requests for documents relating to Stanley Ann Dunham, the President's mother, and Lolo Soetoro, her ex-husband.  On July 29, 2010, Defendants released documents in response to these requests.  Under the current briefing

1  schedule regarding these remaining claims, Defendants' motion for summary judgment is
2  presently due on August 5, 2010.  The parties request that the present schedule be altered so
3  that Plaintiff can have additional time to review the release and decide what aspects of
4  Defendants' processing to challenge, if any.  Plaintiff is also dealing with health issues that
5  will require attention in the coming weeks.  Accordingly, the parties request that the
6  following schedule be established for summary judgment briefing:

| | |
|---|---|
| Defendants' Motion for Summary Judgment: | October 14, 2010 |
| Plaintiff's Opposition: | November 4, 2010 |
| Defendants' Reply | November 18, 2010 |

13   I, Brigham J. Bowen, by signing below, certify pursuant to Paragraph II(C)(3),
District of Arizona ECF Administrative Policies and Procedures Manual (April 3, 2006) that
the content of this consent motion is acceptable to all registered signatories required to sign
it.

Dated: August 3, 2010                    Respectfully submitted,

                                         TONY WEST
                                         Assistant Attorney General

*s/ Kenneth Allen*                       ELIZABETH J. SHAPIRO
KENNETH ALLEN                            Deputy Branch Director
*Plaintiff*
                                          *s/ Brigham J. Bowen*
                                         BRIGHAM J. BOWEN
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         Tel: (202) 514-6289
                                         Fax: (202) 307-0449
                                         brigham.bowen@usdoj.gov

                                         Mailing Address:

Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010, I caused a copy of the foregoing consent motion to be sent via first-class mail, postage pre-paid, to:

    Kenneth L. Allen
    10055 E. Gray Hawk Dr.
    Tucson, AZ 85730

August 3, 2010                                *s/ Brigham J. Bowen*