IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Allen, | No. CV 09-373-TUC-FRZ |
| Plaintiff, | **ORDER** |
| v. | |
| Department of Homeland Security, et al. | |
| Defendants. | |

Pending before the Court is a motion to compel filed by Plaintiff seeking the expedited release of certain documents. *See* Doc. 37.  However, it appears that this motion is moot as subsequent filings indicate that Defendants have already provided the pertinent documents requested by Plaintiff. *See* Doc. 38, 39.  As such, Plaintiff's motion to compel (Doc. 37) is denied as moot.

DATED this 24th day of September, 2010.

_____
Frank R. Zapata
Senior United States District Judge