UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

KENNETH ALLEN,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY and U.S. DEPARTMENT OF STATE, *et al.*,

    Defendants.

09-CV-00373-TUC-FRZ

**ORDER**

    For good cause, and upon the consent motion (Doc. 44) of the parties, IT IS ORDERED that the deadlines established for summary judgment briefing in this action are hereby VACATED.

    DATED this 4th day of November, 2010.

Frank R. Zapata
**Senior United States District Judge**