IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Allen,<br><br>  Plaintiff,<br><br>v.<br><br>Department of Homeland Security, et al.<br><br>  Defendants. | No. CV 09-373-TUC-FRZ<br><br>**ORDER** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that all remaining claims in this case are dismissed with prejudice. Thus, as no claims remain, this case is dismissed with prejudice and the Clerk of the Court shall enter judgment accordingly.

DATED this 3rd day of January, 2011.

_____
Frank R. Zapata
Senior United States District Judge