UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH LEE ALLEN,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>BARRY SOETORO, AKA Barack H. Obama, AKA Barry Obama; et al.,<br><br>        Defendants - Appellees. | No. 11-15094<br><br>D.C. No. 4:09-cv-00373-FRZ<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

The judgment of this Court, entered July 23, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Lee-Ann Collins
                                            Deputy Clerk