

11-15094 Kenneth Allen v. Barry Soetoro, et al "Mandate Issued (Screening/Motions Panel)"

ca9_ecfnoticing    to:                              09/18/2012 02:32 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/18/2012 at 2:31:44 PM PDT and filed on 09/18/2012

| | |
|---|---|
| **Case Name:** | Kenneth Allen v. Barry Soetoro, et al |
| **Case Number:** | 11-15094 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. (MMS, SRT and BGS) [8328266] (LC)

**Notice will be electronically mailed to:**

Brigham John Bowen, Attorney
Helen L. Gilbert, Trial Attorney
USDC, Tucson

**Case participants listed below will not receive this electronic notice:**

Kenneth Lee Allen

10055 E Gray Hawk Drive
Tucson, AZ 85730

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:**
/opt/ACECF/live/forms/leeann_1115094_8328266_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/18/2012]
[FileNumber=8328266-0]
[5abec8edb4c758f6c042523509f5d5024afdbf9bf5e8ffa34c04e0f272b887195d
e9a4f972e8903504cc722741557d2b503e828151d2f5e2336046988fea46df]]
**Recipients:**
- Kenneth Lee Allen
- Brigham John Bowen, Attorney
- Helen L. Gilbert, Trial Attorney
- USDC, Tucson

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 8328266
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 8675701